1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   1:11-CV-00115-OWW-MJS
                                  )
12          Plaintiff,             )   **APPLICATION AND ORDER FOR**
                                  )   **PUBLICATION**
13     v.                          )
                                  )
14 Ninety-seven, more or less, 1.2 )
   pound wedges of Gouda cheese,   )
15 articles of food, labeled in    )
   part:                           )
16                                 )
   "BRAVO FARMS *** HANDMADE CHEESE)
17 *** AGED >60 DAYS PLANT #06-827 )
   TRAVER, CA 93673 *** DUTCH-STYLE)
18 GOUDA ***"                      )
                                  )
19     and                         )
                                  )
20 Fourteen, more or less, 40 pound)
   blocks of white cheddar cheese, )
21 articles of food, labeled in    )
   part:                           )
22                                 )
   "Sage, White Pepper, and Onion  )
23 *** 06-827 *** 8 13 10"         )
                                  )
24     and                         )
                                  )
25 all other articles of cheese in )
   any size and type of container, )
26 labeled or un-labeled, except for)
   pasteurized cheese curds, that  )
27 are located anywhere on the     )
   premises of Bravo Farms, LLC,   )
28

```
1  36005 Highway 99, Traver,       )
   California.                     )
2                                  )
                 Defendants.       )
3  _____)
```

    The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

    2.   Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

    3.   The defendant articles of food, as described in the above caption, are located in the city of Traver, in Tulare County, California.

    4.   Plaintiff proposes that publication be made as follows:

        a.   One publication;

        b.   Thirty (30) consecutive days;

        c.   On the official internet government forfeiture site www.forfeiture.gov;

        d.   The publication is to include the following:

            (1)   The Court and case number of the action;

            (2)   The date of the seizure/posting;

            (3)   The identity and/or description of the property seized/posted;

            (4)   The name and address of the attorney for the Plaintiff;

       (5)  A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

       (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 1/21/11        BENJAMIN B. WAGNER  
                          United States Attorney

                          By /s/ Kelli L. Taylor  
                          KELLI L. TAYLOR  
                          Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  January 26, 2011      /s/ *Michael J. Seng*  
                                    UNITED STATES MAGISTRATE JUDGE