1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 1:11-CV-00115-OWW-MJ |
| Plaintiff, ) | |
| v. ) | |
| Ninety-seven, more or less, 1.2 pound wedges of Gouda cheese, in articles of food, labeled in part: ) | |
| "BRAVO FARMS *** HANDMADE CHEESE *** AGED > 60 DAYS PLANT # 06-827 TRAVE, CA 93673 *** DUTCH-STYLE GOUDA ***" ) | |
| and ) | |
| Fourteen, more or less, 40 pound blocks of white cheddar cheese, articles of food, labeled in part: ) | ORDER IN RE: CLAIMANT'S PETITION TO RELOCATE A PORTION OF DEFENDANT FOOD PRODUCTS TO REFRIGERATED STORAGE FACILITY TO AVOID SPOILAGE OF SAME |
| "Sage, White Pepper, and Onion *** 06-827 *** 8 13 10" ) | |
| and ) | |
| all other articles of cheese in any size and type of container, labeled or un-labeled, except for pasteurized cheese curds, that are located anywhere on the premises of Bravo Farms, LLC, 3660 Highway 99, Traver, California. ) | |
| Defendants. ) | |

**ORDER**

Claimant's petition, having been fully considered, and proof being made to the satisfaction of this Court, and good cause appearing, IT IS HEREBY ORDERED THAT:

Claimant, Bravo Farms, LLC is permitted to relocate those portions of the Defendant Food Product not currently in a refrigerated storage facility, to a refrigerated facility, under the supervision of a representative from the U.S. Food & Drug Administration.

IT IS SO ORDERED.

**Dated:   March 29, 2011**             /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE